*Landaeta, et al., v. Abarjel, et al*.,
**Civil Action No.: 8:10-cv-03247**

|  | Date | Employee ID | Narrative | Hours On Bill | Rate On Bill | Amount |
|---|---|---|---|---|---|---|
| 1 | 8/17/2010 | Phil Becnel | Database inquiry(s) or research via Internet: Gather records for background check | 0.10 | $0.00 | $0.00 |
| 2 | 8/20/2010 | Phil Becnel | Database inquiry(s) or research via Internet: Background check on client | 0.60 | $0.00 | $0.00 |
| 3 | 8/20/2010 | Phil Becnel | Database inquiry(s) or research via Internet: Research assets and revenue for Da Vinci Flowers | 3.20 | $0.00 | $0.00 |
| 4 | 8/23/2010 | Phil Becnel | Database inquiry(s) or research via Internet: Gather records for background check | 0.30 | $0.00 | $0.00 |
| 5 | 8/24/2010 | Phil Becnel | Database inquiry(s) or research via Internet: Gather records for background check | 0.30 | $0.00 | $0.00 |
| 6 | 9/10/2010 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - case transition meeting | 0.30 | $0.00 | $0.00 |
| 7 | 9/10/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - case transition meeting | 0.30 | $0.00 | $0.00 |
| 8 | 9/10/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - case transition meeting | 0.30 | $0.00 | $0.00 |
| 9 | 12/1/2010 | Phil Becnel | Database inquiry(s) or research via Internet: Regarding registered agent | 0.10 | $0.00 | $0.00 |
| 10 | 3/21/2011 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status status of settlement discussions and fee prtition | 0.20 | $0.00 | $0.00 |
| 11 | 4/6/2011 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of fee petition | 0.20 | $0.00 | $0.00 |
| 12 | 8/16/2010 | Phil Becnel | Prepare memo(s)/ and/or letter(s): Emails legal assistant Charde Taylor regarding release | 0.20 | $115.00 | $23.00 |
| 13 | 8/16/2010 | Phil Becnel | Prepare memo(s)/ and/or letter(s): Emails to and from investigators Phil Becnel and Scott Krischke regarding interview with client Xiomara Landaeta | 0.30 | $115.00 | $34.50 |
| 14 | 8/16/2010 | Phil Becnel | Review documents/material: Review relevant documents, print and prepare case file | 0.60 | $115.00 | $69.00 |
| 15 | 8/17/2010 | Phil Becnel | Add case to database and update task list | 0.20 | $115.00 | $23.00 |
| 16 | 8/17/2010 | Phil Becnel | Attempt to locate and/ or interview individual: Client Xiomara Landaeta (Phone) (multiple attempts) | 0.20 | $115.00 | $23.00 |
| 17 | 8/17/2010 | Phil Becnel | Email correspondence with Investigator Kathleen Moriarty (multiple emails) | 0.20 | $115.00 | $23.00 |
| 18 | 8/17/2010 | Phil Becnel | Review email correspondence regarding Client Xiomara Landaeta | 0.10 | $115.00 | $11.50 |
| 19 | 8/18/2010 | Phil Becnel | Reviewed case history, applicable law and prepared for interview of Client Xiomara landaeta | 0.50 | $115.00 | $57.50 |
| 20 | 8/19/2010 | Phil Becnel | Drafted interview memo of Client Xiomara Landaeta | 2.50 | $115.00 | $287.50 |
| 21 | 8/20/2010 | Phil Becnel | Prepare memo(s)/ and/or letter(s): Report regarding assets check on Da Vinci Flowers | 0.70 | $115.00 | $80.50 |
| 22 | 8/20/2010 | Phil Becnel | Review documents/material: Documents | 0.20 | $115.00 | $23.00 |
| 23 | 8/20/2010 | Phil Becnel | Reviewed asset search investigative memo of DaVinci's Florist and Sharon Abarjel for Investigator Ben Dinolt | 0.20 | $115.00 | $23.00 |
| 24 | 8/23/2010 | Phil Becnel | Prepare memo(s)/ and/or letter(s): Emails Investigator Ben Dinolt regarding background check | 0.10 | $115.00 | $11.50 |

*Landaeta, et al., v. Abarjel, et al.*,
**Civil Action No.: 8:10-cv-03247**

| | Date | Employee ID | Narrative | Hours On Bill | Rate On Bill | Amount |
|---|---|---|---|---|---|---|
| 25 | 8/25/2010 | Phil Becnel | Prepare memo(s)/ and/or letter(s): To Michael Vogelsang regarding title search results for defendants | 0.20 | $115.00 | $23.00 |
| 26 | 8/25/2010 | Phil Becnel | Review documents/material: Review title information for defendants | 0.40 | $115.00 | $46.00 |
| 27 | 9/14/2010 | Jeremy Schneider | Prepare Landaeta agenda. | 0.50 | $115.00 | $57.50 |
| 28 | 9/14/2010 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to review 1st draft of complaint for client review | 0.30 | $115.00 | $34.50 |
| 29 | 9/16/2010 | Phil Becnel | Case management system setup | 0.10 | $115.00 | $11.50 |
| 30 | 9/21/2010 | Jeremy Schneider | Continue drafting complaint. | 2.00 | $115.00 | $230.00 |
| 31 | 9/21/2010 | Jeremy Schneider | Prepare agenda for Landaeta meeting. | 0.50 | $115.00 | $57.50 |
| 32 | 9/21/2010 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of complaint drafting | 0.30 | $115.00 | $34.50 |
| 33 | 9/29/2010 | Jeremy Schneider | Review changes to complaint from Nick Woodfield, meet w/ Nick Woodfield re same. | 1.00 | $115.00 | $115.00 |
| 34 | 10/12/2010 | Jeremy Schneider | Prepare agenda and review materials for Landaeta meeting. | 0.70 | $115.00 | $80.50 |
| 35 | 10/12/2010 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of opt-in identification and timing of filing | 0.30 | $115.00 | $34.50 |
| 36 | 10/13/2010 | Jeremy Schneider | Correspond w/ A. Warren re setting up potential opt-in meeting. | 1.00 | $115.00 | $115.00 |
| 37 | 10/19/2010 | Jeremy Schneider | Prepare agenda and review materials for Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of complaint dafting | 0.70 | $115.00 | $80.50 |
| 38 | 10/19/2010 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of complaint dafting | 0.30 | $115.00 | $34.50 |
| 39 | 10/26/2010 | Jeremy Schneider | Review items and prepare agenda for Updated: Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status status of opt-in meeting and complaint drafting | 0.70 | $115.00 | $80.50 |
| 40 | 10/28/2010 | Jeremy Schneider | Correspond w/ A. Warren re potential opt- in meeting. | 1.00 | $115.00 | $115.00 |
| 41 | 11/8/2010 | Jeremy Schneider | Prepare retainer agreements. | 0.50 | $115.00 | $57.50 |
| 42 | 11/8/2010 | Jeremy Schneider | Review materials and prepare agenda for Landaeta meeting. | 1.00 | $115.00 | $115.00 |
| 43 | 11/8/2010 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status result of opt-in meeting | 0.30 | $115.00 | $34.50 |
| 44 | 11/16/2010 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of complaint review and discovery drafting | 0.30 | $115.00 | $34.50 |
| 45 | 11/18/2010 | Jeremy Schneider | Review filed complaint, file same, download, circulate same. | 1.00 | $115.00 | $115.00 |

| | Date | Employee ID | Narrative | Hours On Bill | Rate On Bill | Amount |
|---|---|---|---|---|---|---|
| 46 | 11/30/2010 | Phil Becnel | Prepare memo(s)/ and/or letter(s): Email correspondence with Investigator Amy Midkiff regarding coordinating service of summonses | 0.10 | $115.00 | $11.50 |
| 47 | 11/30/2010 | Phil Becnel | Print out and prepare service packages for service of complaint on two defendants | 0.50 | $115.00 | $57.50 |
| 48 | 11/30/2010 | Phil Becnel | Review documents/material: Reviewed email from Investigator Phil Becnel re: summonses | 0.10 | $115.00 | $11.50 |
| 49 | 12/1/2010 | Phil Becnel | Attempted service of Sharon Abarjel (Brookville #2) | 0.10 | $115.00 | $11.50 |
| 50 | 12/1/2010 | Phil Becnel | Prepare subpoenas(s)/ summons: Prepared summonses, coordinated route of travel to deliver summonses | 0.30 | $115.00 | $34.50 |
| 51 | 12/1/2010 | Jeremy Schneider | Review client data, input same into spreadsheet for all Plaintiffs | 1.00 | $115.00 | $115.00 |
| 52 | 12/1/2010 | Phil Becnel | Review documents/material: | 0.30 | $115.00 | $34.50 |
| 53 | 12/1/2010 | Phil Becnel | Service of subpoena/summons: Attempted service of Defendant Sharon Abarjel (Apple Ridge) | 0.20 | $115.00 | $23.00 |
| 54 | 12/1/2010 | Phil Becnel | Service of subpoena/summons: Attempted service of Defendant Sharon Abarjel (Brookville) | 0.10 | $115.00 | $11.50 |
| 55 | 12/1/2010 | Phil Becnel | Service of subpoena/summons: Attempted service of Defendant Sharon Abarjel (Dale Drive) | 0.20 | $115.00 | $23.00 |
| 56 | 12/1/2010 | Phil Becnel | Travel: Defendant Sharon Abarjel (531 Dale Drive, Silver Spring, MD 20910) - (8839 Brookville Road, Silver Spring, MD 20910) | 0.20 | $115.00 | $23.00 |
| 57 | 12/1/2010 | Phil Becnel | Travel: Defendant Sharon Abarjel (8839 Brookville Road, Silver Spring, MD 20910) - (19822 Apple Ridge Drive, Gaithersburg, MD 20866) | 0.80 | $115.00 | $92.00 |
| 58 | 12/1/2010 | Phil Becnel | Travel: Defendant Sharon Abarjel (8839 Brookville Road, Silver Spring, MD 20910)- Office (927 S. Walter Reed Drive, Arlington, VA 22204) | 1.00 | $115.00 | $115.00 |
| 59 | 12/1/2010 | Phil Becnel | Travel: Office (927 S. Walter Reed Drive, Arlington, VA 22204) - Defendant Sharon Abarjel (531 Dale Drive, Silver Spring, MD 20910) | 1.10 | $115.00 | $126.50 |
| 60 | 12/1/2010 | Phil Becnel | Travel: Unrelated case (2400 Block of Lawndale Court, Gambrills, MD 21054) - Defendant Sharon Abarjel (8839 Brookville Road, Silver Spring, MD 20910) | 0.90 | $115.00 | $103.50 |
| 61 | 12/2/2010 | Phil Becnel | Attempted service of Sharon Abarjel (Apple Ridge) | 0.20 | $115.00 | $23.00 |
| 62 | 12/2/2010 | Phil Becnel | Prepare subpoenas(s)/ summons: Prepared returns of service for Defendant Sharon Abarjel | 0.40 | $115.00 | $46.00 |
| 63 | 12/2/2010 | Jeremy Schneider | Review client data, input same into spreadsheet for all Plaintiffs | 1.00 | $115.00 | $115.00 |
| 64 | 12/2/2010 | Phil Becnel | Review documents/material: Reviewed and responded to email from Attorney Nicholas Woodfield re: serving summons | 0.10 | $115.00 | $11.50 |
| 65 | 12/2/2010 | Phil Becnel | Service of Defendant Sharon Abarjel | 0.20 | $115.00 | $23.00 |
| 66 | 12/2/2010 | Phil Becnel | Travel: Defendant Sharon Abarjel (19822 Apple Ridge Drive, Gaithersburg, MD 20866) - (8839 Brookville Road, Silver Spring, MD 20910) | 0.70 | $115.00 | $80.50 |
| 67 | 12/2/2010 | Phil Becnel | Travel: Defendant Sharon Abarjel (8839 Brookville Road, Silver Spring, MD 20910)- Home (700 block of S. Pitt St., Alexandria, VA 22314) | 0.80 | $115.00 | $92.00 |

*Landaeta, et al., v. Abarjel, et al.*,
**Civil Action No.: 8:10-cv-03247**

|    | Date       | Employee ID       | Narrative                                                                                                                                                             | Hours On Bill | Rate On Bill | Amount   |
|----|------------|-------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------|--------------|----------|
| 68 | 12/2/2010  | Phil Becnel       | Travel: Unrelated case (0 block of Professional Drive, Gaithersburg, MD 20879) - Defendant Sharon Abarjel (19822 Apple Ridge Drive, Gaithersburg, MD 20866)           | 0.20          | $115.00      | $23.00   |
| 69 | 12/3/2010  | Jeremy Schneider  | Review client data, input same into spreadsheet for all Plaintiffs                                                                                                    | 1.00          | $115.00      | $115.00  |
| 70 | 12/6/2010  | Phil Becnel       | Interview/ Conference: Team meeting                                                                                                                                   | 0.10          | $115.00      | $11.50   |
| 71 | 12/10/2010 | Phil Becnel       | Prepare memo(s)/ and/or letter(s): Completed proof of service for Defendant Sharon Abarjel, scanned documents, converted to .pdf, uploaded to remote server           | 0.80          | $115.00      | $92.00   |
| 72 | 12/13/2010 | Phil Becnel       | Drop off material to attorney: Drop off returns of service to TELG                                                                                                    | 0.10          | $115.00      | $11.50   |
| 73 | 12/13/2010 | Phil Becnel       | Interview/ Conference: Investigator Kathleen Moriarty (Phone) re: returns of service                                                                                  | 0.10          | $115.00      | $11.50   |
| 74 | 12/13/2010 | Phil Becnel       | Prepare memo(s)/ and/or letter(s): Prepared documents for delivery                                                                                                    | 0.10          | $115.00      | $11.50   |
| 75 | 12/13/2010 | Jeremy Schneider  | Review client pay information provided by OC, create spreadsheet tracking overtime compensation owed and estimate damages accordingly, discuss same with Nick Woodfield. | 4.00          | $115.00      | $460.00  |
| 76 | 12/13/2010 | Phil Becnel       | Travel: The Employment Law Group (888 17th St., NW, Washington, DC 20006) - Office (927 S. Walter Reed Drive, Arlington, VA 22204)                                    | 0.30          | $115.00      | $34.50   |
| 77 | 12/13/2010 | Phil Becnel       | Travel: Unrelated case address (100 Block Patrick Street, Frederick, MD 21701)- The Employment Law Group (888 17th St., NW, Washington, DC 20006)                     | 0.70          | $115.00      | $80.50   |
| 78 | 12/14/2010 | Jeremy Schneider  | Review documents and prepare agenda for Landaeta meeting re returns of service and settlement negotiations.                                                           | 1.00          | $115.00      | $115.00  |
| 79 | 12/14/2010 | Jeremy Schneider  | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of filing of returns of service                                                              | 0.20          | $115.00      | $23.00   |
| 80 | 1/5/2011   | Jeremy Schneider  | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of settlement discussions                                                                    | 0.30          | $115.00      | $34.50   |
| 81 | 1/11/2011  | Jeremy Schneider  | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of motion for notice                                                                         | 0.30          | $115.00      | $34.50   |
| 82 | 1/12/2011  | Jeremy Schneider  | Draft Motion for notice.                                                                                                                                              | 3.00          | $115.00      | $345.00  |
| 83 | 1/15/2011  | Phil Becnel       | Review documents/material: Reviewed email from Attorney Scott Oswald re: copying attorneys                                                                            | 0.10          | $115.00      | $11.50   |
| 84 | 1/20/2011  | Jeremy Schneider  | Continue drafting motion for notice.                                                                                                                                  | 3.00          | $115.00      | $345.00  |
| 85 | 1/24/2011  | Jeremy Schneider  | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss admissions in answer                                                                                 | 0.30          | $115.00      | $34.50   |
| 86 | 1/25/2011  | Jeremy Schneider  | correspond w/ T. Ojo-Ade re translation service for pleadings.                                                                                                        | 0.20          | $115.00      | $23.00   |
| 87 | 1/25/2011  | Jeremy Schneider  | Prepare DMD quarterly fee statement, forward same to Nick Woodfield for review.                                                                                       | 0.30          | $115.00      | $34.50   |
| 88 | 2/1/2011   | Jeremy Schneider  | Finalize draft notice from Zipin law firm model, revise same, forward same to Nick Woodfield for further review.                                                      | 0.40          | $115.00      | $46.00   |

*Landaeta, et al., v. Abarjel, et al.*,
**Civil Action No.: 8:10-cv-03247**

| | Date | Employee ID | Narrative | Hours On Bill | Rate On Bill | Amount |
|---|---|---|---|---|---|---|
| 89 | 2/3/2011 | Jeremy Schneider | Draft Joint Report re scheduling and other administrative items requested by Court, forward same to Nick Woodfield for review, forward same to OC, file same. | 0.70 | $115.00 | $80.50 |
| 90 | 2/8/2011 | Jeremy Schneider | Meeting with OC and client here | 1.00 | $115.00 | $115.00 |
| 91 | 2/8/2011 | Jeremy Schneider | Review payroll records from Defendants and compile and summarize same for settlement purposes. | 7.00 | $115.00 | $805.00 |
| 92 | 2/8/2011 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status review of employer's wag information | 0.30 | $115.00 | $34.50 |
| 93 | 2/11/2011 | Jeremy Schneider | Finalize damages estimates, discuss same w/ Nick Woodfield, forward same to OC for use in settlement negotiations. | 3.00 | $115.00 | $345.00 |
| 94 | 2/15/2011 | Jeremy Schneider | Review client timesheets and revise accordingly per statutory limitations on years of damages. | 2.00 | $115.00 | $230.00 |
| 95 | 2/22/2011 | Jeremy Schneider | Draft email to Nick Woodfield re order from court requesting settlement conference date availability and seeking advice on how to proceed re same. | 1.00 | $115.00 | $115.00 |
| 96 | 2/23/2011 | Jeremy Schneider | Review client data re pay information and update accordingly. | 1.50 | $115.00 | $172.50 |
| 97 | 8/12/2010 | Michael Vogelsang | Scott Oswald/Nick Woodfield/Michael Vogelsang teleconference - to discuss case investigation/evaluation protocol | 0.30 | $115.00 | $34.50 |
| 98 | 8/13/2010 | Michael Vogelsang | Review intial client docs and timesheets, send intro email to Phil Becnel | 1.30 | $115.00 | $149.50 |
| 99 | 8/16/2010 | Michael Vogelsang | Draft factual portion of PowerPoint, draft questions for potential client | 2.90 | $115.00 | $333.50 |
| 100 | 8/17/2010 | Michael Vogelsang | Incorporate facts into PowerPoint | 2.20 | $115.00 | $253.00 |
| 101 | 8/17/2010 | Michael Vogelsang | Teleconference with potential client | 0.40 | $115.00 | $46.00 |
| 102 | 8/18/2010 | Michael Vogelsang | Research FLSA and MD wage exceptions, MD human rights act | 3.10 | $115.00 | $356.50 |
| 103 | 8/19/2010 | Michael Vogelsang | Follow up conversation with potential client regarding facts and immigration status | 0.40 | $115.00 | $46.00 |
| 104 | 8/19/2010 | Michael Vogelsang | Research case law regarding undocument plaintiff rights | 2.70 | $115.00 | $310.50 |
| 105 | 8/20/2010 | Michael Vogelsang | Draft Opinion Letter | 6.30 | $115.00 | $724.50 |
| 106 | 8/20/2010 | Michael Vogelsang | Receipt and Review of Investigative Memo | 0.60 | $115.00 | $69.00 |
| 107 | 8/21/2010 | Michael Vogelsang | Review and Finalize Opinion Letter | 0.70 | $115.00 | $80.50 |
| 108 | 2/28/2011 | Jeremy Schneider | Draft email to Nick Woodfield re changes to damages estimates, set up meeting to discuss same and potential meeting w/ OC re damages calculations, formulas in spreadsheets, and settlement. | 1.70 | $115.00 | $195.50 |

*Landaeta, et al., v. Abarjel, et al.*,
**Civil Action No.: 8:10-cv-03247**

|     | Date | Employee ID | Narrative | Hours On Bill | Rate On Bill | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 109 | 2/28/2011 | Jeremy Schneider | Review email and voicemail from OC re damages estimates and applicable statutory provisions and their influence of liquidated damages, revise spreadsheet to include same. | 2.40 | $115.00 | $276.00 |
| 110 | 3/2/2011 | Jeremy Schneider | Draft agenda for Landaeta meeting w/ Scott Oswald and Nick Woodfield to discuss status of settlement negotiations. | 0.60 | $115.00 | $69.00 |
| 111 | 3/2/2011 | Jeremy Schneider | Draft email memorializing results of Jeremy Schneider meeting w/ OC re damages estimates and relay offer of settlement in relation to the estimated fees calculated. | 1.50 | $115.00 | $172.50 |
| 112 | 3/2/2011 | Jeremy Schneider | Jeremy Schneider Meeting with OC re damages estimates and formulas used in estimate spreadsheet | 1.00 | $115.00 | $115.00 |
| 113 | 3/2/2011 | Jeremy Schneider | Nick Woodfield/Jeremy Schneider meeting to discuss damages estimates and result of Jeremy Schneider meeting w/ OC re damages | 0.50 | $115.00 | $57.50 |
| 114 | 3/2/2011 | Jeremy Schneider | Review client damages based on questions from OC and Defendant, revise estimates accordingly, discuss same w/ Nick Woodfield. | 3.00 | $115.00 | $345.00 |
| 115 | 3/3/2011 | Jeremy Schneider | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of settlement discussions | 0.30 | $115.00 | $34.50 |
| 116 | 3/4/2011 | Jeremy Schneider | Review Court Order Scheduling Settlement Conference, download same, forward same to Nick Woodfield and Scott Oswald for further review. | 0.20 | $115.00 | $23.00 |
| 117 | 3/7/2011 | Jeremy Schneider | Meet w/ Nick Woodfield to discuss mechanics of drafting/filing petition for fees and costs. | 0.50 | $115.00 | $57.50 |
| 118 | 3/11/2011 | Jeremy Schneider | Correspond w/ clients re call-in information for conference call w/ Nick Woodfield to discuss settlement proposal. | 0.40 | $115.00 | $46.00 |
| 119 | 3/11/2011 | Jeremy Schneider | Correspond w/ clients re call-in information for conference call w/ NWW to discuss settlement proposal. | 0.40 | $115.00 | $46.00 |
| 120 | 3/11/2011 | Jeremy Schneider | Nick Woodfield conference w/ clients to discuss proposed settlement | 1.00 | $115.00 | $115.00 |
| 121 | 3/11/2011 | Jeremy Schneider | Prepare email for Nick Woodfield use in prep for call w/ clients re settlement offer, including breakdown of award for each Plaintiff. | 0.50 | $115.00 | $57.50 |
| 122 | 3/11/2011 | Jeremy Schneider | Prepare email for NWW use in prep for call w/ clients re settlement offer, including breakdown of award for each Plaintiff. | 0.50 | $115.00 | $57.50 |
| 123 | 3/14/2011 | Jeremy Schneider | Correspond w/ clients re meeting w/ NWW re settlement offer. | 1.00 | $115.00 | $115.00 |
| 124 | 3/15/2011 | Jeremy Schneider | Continue drafting Plaintiffs' Petition for Fees and Costs, review declarations for factual portions of same, review Johnson factors and begin applying facts to applicable case law and factors. | 2.80 | $115.00 | $322.00 |
| 125 | 3/16/2011 | Jeremy Schneider | Attempt to initiate various forms of contact w/ client via email, phone, etc. and leave message for return call re meeting w/ Nick Woodfield to discuss settlement agreement. | 1.00 | $115.00 | $115.00 |
| 126 | 3/16/2011 | Jeremy Schneider | Finalize latest draft settlement agreement, review same, print same for NWW use in meeting w/ clients re settlement. | 1.00 | $115.00 | $115.00 |
| 127 | 3/18/2011 | Jeremy Schneider | Finalize draft consent motion to refer all proceedings to Magistrate Judge Connelly, forward same to Nick Woodfield for further review. | 0.30 | $115.00 | $34.50 |
| 128 | 3/21/2011 | Jeremy Schneider | Coordinate contact of each client re status of returned W-9 form and assign task of translation and contact of same to R. Baca. | 0.50 | $115.00 | $57.50 |

*Landaeta, et al., v. Abarjel, et al*.,
**Civil Action No.: 8:10-cv-03247**

|  | Date | Employee ID | Narrative | Hours On Bill | Rate On Bill | Amount |
|---|---|---|---|---|---|---|
| 129 | 3/21/2011 | Jeremy Schneider | Coordinate contact of each client re status of returned W-9 form and assign task of translation and contact of same to R. Baca. | 0.50 | $115.00 | $57.50 |
| 130 | 3/22/2011 | Jeremy Schneider | Review order referring case to Magistrate Judge Connelly, distribute same to Nick Woodfield and Scott Oswald for further review. | 0.20 | $115.00 | $23.00 |
| 131 | 3/23/2011 | Jeremy Schneider | Finalize draft petition for fees and costs, begin reviewing NWW declaration re same. | 1.60 | $115.00 | $184.00 |
| 132 | 3/25/2011 | Jeremy Schneider | Forward newly received W-9 form from Plaintiff Velasquez, forward same to OC for use in settlement payments. | 0.20 | $115.00 | $23.00 |
| 133 | 3/29/2011 | Jeremy Schneider | Correspond w/ A. Warren re status of receipt of W-9 form for settlement purposes and the need for Xiomara's signature on same. | 0.20 | $115.00 | $23.00 |
| 134 | 3/31/2011 | Jeremy Schneider | Jeremy Schneider/Nick Woodfield meeting re next steps of case | 0.30 | $115.00 | $34.50 |
| 135 | 4/4/2011 | Jeremy Schneider | Draft letter to be sent w/ client re dispersal of settlement award, ending representation, and that TELG cannot give them advice re tax implications of the settlement, forward same to NWW for review, finalize same and send to clients. | 0.40 | $115.00 | $46.00 |
| 136 | 4/5/2011 | Jeremy Schneider | Finalize materials to file settlement agreement under seal and draft letter to Judge Connely requesting in camera review of the settlement agreement | 0.50 | $115.00 | $57.50 |
| 137 | 4/7/2011 | Jeremy Schneider | Finalize Motion to File Under Seal and Supporting materials, file same, correspond w/ Judges Chambers re in camera review, and correspond w/ clerk re procedures for filing same. | 0.40 | $115.00 | $46.00 |
| 136 | 4/11/2011 | Jeremy Schneider | Download and circulate USMJ's Order granting P's Motion to File Settlement Agreement Under Seal and forward same to NWW and RSO for review. | 0.20 | $115.00 | $23.00 |
| 139 | 4/8/2011 | Jeremy Schneider | Review most recent quarter's fees and expenses, prepare quarterly fee statement letter re same, forward same to NWW for review. | 0.30 | $115.00 | $34.50 |
| 140 | 8/12/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Michael Vogelsang teleconference - to discuss case investigation/evaluation protocol | 0.30 | $400.00 | $120.00 |
| 141 | 8/12/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Michael Vogelsang teleconference - to discuss case investigation/evaluation protocol | 0.30 | $400.00 | $120.00 |
| 142 | 8/19/2010 | Scott Oswald | Scott Oswald/PB teleconference - to discuss initial impressions - Thu, 08/19/10 at 11:15 AM | 0.30 | $400.00 | $120.00 |
| 143 | 8/20/2010 | Scott Oswald | Email to Becnel, Philip A. re: Re: XIOMARA/ questions about the financial solvency of this company | 0.60 | $400.00 | $240.00 |
| 144 | 8/20/2010 | Nick Woodfield | Reviewed and prepared case evaluation materials in preparation for case evaluation meeting. | 1.00 | $400.00 | $400.00 |
| 145 | 8/23/2010 | Scott Oswald | litigation action items. | 0.60 | $400.00 | $240.00 |
| 146 | 8/23/2010 | Scott Oswald | Scott Oswald review and edit opinion letter | 2.50 | $400.00 | $1,000.00 |
| 147 | 8/23/2010 | Scott Oswald | Scott Oswald/Xiomara IanDaeta (240) 375-6201 teleconference - to answer any of your questions about the content of TELG's opinion letter - Mon, 08/23/10 at 6:00 PM EDT | 0.80 | $400.00 | $320.00 |
| 148 | 8/31/2010 | Nick Woodfield | Telephone Conference With client re questions about facts of case and potential recovery. | 0.50 | $400.00 | $200.00 |

| | Date | Employee ID | Narrative | Hours On Bill | Rate On Bill | Amount |
|---|---|---|---|---|---|---|
| 149 | 9/10/2010 | Scott Oswald | Email to Schneider, Jeremy re: litigation action items. | 0.60 | $400.00 | $240.00 |
| 150 | 9/14/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to review 1st draft of complaint for client review | 0.30 | $400.00 | $120.00 |
| 151 | 9/14/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to review 1st draft of complaint for client review | 0.30 | $400.00 | $120.00 |
| 152 | 9/21/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of complaint drafting | 0.30 | $400.00 | $120.00 |
| 153 | 9/21/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of complaint drafting | 0.30 | $400.00 | $120.00 |
| 154 | 9/28/2010 | Nick Woodfield | Began revising and editing complaint. | 1.10 | $400.00 | $440.00 |
| 155 | 9/28/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to review draft complaint and discovery drafting schedule | 0.30 | $400.00 | $120.00 |
| 156 | 9/28/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to review draft complaint and discovery drafting schedule | 0.30 | $400.00 | $120.00 |
| 157 | 9/29/2010 | Nick Woodfield | Completed drafting complaint. | 2.00 | $400.00 | $800.00 |
| 158 | 10/12/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of opt-in identification and timing of filing | 0.30 | $400.00 | $120.00 |
| 159 | 10/12/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of opt-in identification and timing of filing | 0.30 | $400.00 | $120.00 |
| 160 | 10/19/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of complaint dafting | 0.30 | $400.00 | $120.00 |
| 161 | 10/19/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of complaint dafting | 0.30 | $400.00 | $120.00 |
| 162 | 10/26/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status status of opt-in meeting and complaint drafting | 0.30 | $400.00 | $120.00 |
| 163 | 10/26/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status status of opt-in meeting and complaint drafting | 0.30 | $400.00 | $120.00 |
| 164 | 11/8/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status result of opt-in meeting | 0.30 | $400.00 | $120.00 |
| 165 | 11/8/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status result of opt-in meeting | 0.30 | $400.00 | $120.00 |
| 166 | 11/9/2010 | Nick Woodfield | Met With all clients and verified facts for filing of case. | 2.60 | $400.00 | $1,040.00 |
| 167 | 11/9/2010 | Nick Woodfield | Return travel to office. | 0.50 | $400.00 | $200.00 |
| 168 | 11/9/2010 | Nick Woodfield | Revised and Edited consent to be party plaintiff forms. | 0.20 | $400.00 | $80.00 |
| 169 | 11/9/2010 | Nick Woodfield | Revised and Edited opt-in contracts. | 0.40 | $400.00 | $160.00 |
| 170 | 11/9/2010 | Nick Woodfield | Revised and Edited opt-in forms. | 0.20 | $400.00 | $80.00 |
| 171 | 11/9/2010 | Nick Woodfield | Travel to College Park Maryland to meet with clients. | 0.50 | $400.00 | $200.00 |
| 172 | 11/10/2010 | Nick Woodfield | Final revisions and edits to the complaint and prepared same for filing. | 1.00 | $400.00 | $400.00 |
| 173 | 11/16/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of complaint review and discovery drafting | 0.30 | $400.00 | $120.00 |

| | Date | Employee ID | Narrative | Hours On Bill | Rate On Bill | Amount |
|---|---|---|---|---|---|---|
| 174 | 11/16/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of complaint review and discovery drafting | 0.30 | $400.00 | $120.00 |
| 175 | 11/18/2010 | Scott Oswald | Email to Schneider, Jeremy re: Fw: Activity in Case 8:10-cv-03247-RWT Landaeta et al v. Da Vinci's Florist LLC et al Complaint w/ instructions. | 0.30 | $400.00 | $120.00 |
| 176 | 11/30/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss service of complaint and discovery drafting schedule | 0.30 | $400.00 | $120.00 |
| 177 | 11/30/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss service of complaint and discovery drafting schedule | 0.30 | $400.00 | $120.00 |
| 178 | 12/2/2010 | Nick Woodfield | Email to Opposing Counsel memorilializing Telephone Conference and confirming service of process on Defendants. | 0.30 | $400.00 | $120.00 |
| 179 | 12/2/2010 | Nick Woodfield | Telephone Conference With Opposing Counsel re potential settlement resolution of case. | 0.30 | $400.00 | $120.00 |
| 180 | 12/10/2010 | Nick Woodfield | Emails with Opposing Counsel re discovery and notice to other clients. | 0.20 | $400.00 | $80.00 |
| 181 | 12/10/2010 | Nick Woodfield | Emails with opposing counsel re status of case. | 0.30 | $400.00 | $120.00 |
| 182 | 12/10/2010 | Nick Woodfield | Revised and Edited Interrogatories to Defendant Da Vinci. | 1.50 | $400.00 | $600.00 |
| 183 | 12/10/2010 | Nick Woodfield | Revised and Edited Requests for Production to Defendant Da Vinci. | 1.50 | $400.00 | $600.00 |
| 184 | 12/13/2010 | Nick Woodfield | Emails with Opposing Counsel re extending deadline for filing answer and tolling Statute of Limitations for opt-ins. | 0.20 | $400.00 | $80.00 |
| 185 | 12/14/2010 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of filing of returns of service | 0.20 | $400.00 | $80.00 |
| 186 | 12/14/2010 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of filing of returns of service | 0.20 | $400.00 | $80.00 |
| 187 | 12/15/2010 | Nick Woodfield | Receipt and Review initial time records and damages estimates from Opposing Counsel. | 0.50 | $400.00 | $200.00 |
| 188 | 12/22/2010 | Nick Woodfield | Receipt and Review request for settlement demand from Opposing Counsel; responded to same. | 0.20 | $400.00 | $80.00 |
| 189 | 12/23/2010 | Nick Woodfield | Receipt and Review TELG damages estimates. | 0.30 | $400.00 | $120.00 |
| 190 | 1/5/2011 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of settlement discussions | 0.30 | $400.00 | $120.00 |
| 191 | 1/5/2011 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of settlement discussions | 0.30 | $400.00 | $120.00 |
| 192 | 1/6/2011 | Nick Woodfield | Email to client Landaeta clarifying damages that could be recovered under Md. wage laws and FLSA. | 0.20 | $400.00 | $80.00 |
| 193 | 1/11/2011 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of motion for notice | 0.30 | $400.00 | $120.00 |
| 194 | 1/11/2011 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of motion for notice | 0.30 | $400.00 | $120.00 |
| 195 | 1/20/2011 | Nick Woodfield | Receipt and Review Defendants' answer and disclosure statement. | 0.30 | $400.00 | $120.00 |
| 196 | 1/20/2011 | Nick Woodfield | Receipt and Review email from Opposing Counsel consenting to produce similalry situated | 0.20 | $400.00 | $80.00 |
| 197 | 1/24/2011 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss admissions in answer | 0.30 | $400.00 | $120.00 |

*Landaeta, et al., v. Abarjel, et al.*,
**Civil Action No.: 8:10-cv-03247**

| | Date | Employee ID | Narrative | Hours On Bill | Rate On Bill | Amount |
|---|---|---|---|---|---|---|
| 198 | 1/24/2011 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss admissions in answer | 0.30 | $400.00 | $120.00 |
| 199 | 1/25/2011 | Nick Woodfield | Email to Opposing Counsel with proposed form of notice. | 0.30 | $400.00 | $120.00 |
| 200 | 1/25/2011 | Nick Woodfield | Receipt and Review Scheduling Order issued by the court. | 0.30 | $400.00 | $120.00 |
| 201 | 2/1/2011 | Nick Woodfield | Initial Scheduling Conference call w/ Court and Opposing Counsel. | 0.30 | $400.00 | $120.00 |
| 202 | 2/1/2011 | Nick Woodfield | Revised and Edited draft notice to opt-ins and sent same to Opposing Counsel. | 0.40 | $400.00 | $160.00 |
| 203 | 2/1/2011 | Nick Woodfield | Telephone Conference With Gregg Greenberg, counsel for Defendants, re settlement of case and notice to opt-ins. | 0.30 | $400.00 | $120.00 |
| 204 | 2/8/2011 | Nick Woodfield | Meeting with OC and Defendant and discussed potential settlement of case. | 0.70 | $400.00 | $280.00 |
| 205 | 2/8/2011 | Nick Woodfield | Receipt and Review order referring case to magistrate for settlement conference. | 0.10 | $400.00 | $40.00 |
| 206 | 2/8/2011 | Nick Woodfield | Receipt and Review order Requesting Dates of Availability for Settlement Conference from Counsel. | 0.10 | $400.00 | $40.00 |
| 207 | 2/8/2011 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status review of employer's wag information | 0.30 | $400.00 | $120.00 |
| 208 | 2/8/2011 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status review of employer's wag information | 0.30 | $400.00 | $120.00 |
| 209 | 2/23/2011 | Nick Woodfield | Receipt and Review email from Opposing Counsel requesting fees and costs; responded to same. | 0.10 | $400.00 | $40.00 |
| 210 | 2/23/2011 | Nick Woodfield | Receipt and Review Order Requesting Dates of Availability for Settlement Conference from Counsel.pdf | 0.10 | $400.00 | $40.00 |
| 209 | 4/21/2011 | Nick Woodfield | Prepared time and expense entries for fee submission to court. | 2.20 | $400.00 | $880.00 |
| 212 | 3/21/2011 | Scott Oswald | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status status of settlement discussions and fee prtition | 0.20 | $400.00 | $80.00 |
| 211 | 4/22/2011 | Nick Woodfield | Drafted fee petition submission for court. | 1.90 | $400.00 | $760.00 |
| 214 | 3/2/2011 | Nick Woodfield | Nick Woodfield/Jeremy Schneider meeting to discuss damages estimates and result of Jeremy Schneider meeting w/ OC re damages | 0.50 | $400.00 | $200.00 |
| 215 | 3/2/2011 | Nick Woodfield | Receipt and Review emails re Defendant's settlement offer; responded to same. | 0.50 | $400.00 | $200.00 |
| 216 | 3/3/2011 | Nick Woodfield | Emails with Opposing Counsel re possibly settling clients' claims. | 1.10 | $400.00 | $440.00 |
| 217 | 3/3/2011 | Nick Woodfield | Final revisions and edits to discovery and served same. | 0.40 | $400.00 | $160.00 |
| 218 | 3/3/2011 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of settlement discussions | 0.30 | $400.00 | $120.00 |
| 219 | 3/4/2011 | Nick Woodfield | Receipt and Review Order Scheduling Settlement Conference. | 0.20 | $400.00 | $80.00 |
| 220 | 3/7/2011 | Nick Woodfield | Receipt and Review email from Opposing Counsel accepting settlement agreement; briefly replied to same. | 0.20 | $400.00 | $80.00 |
| 221 | 3/7/2011 | Nick Woodfield | Receipt and Review email from Opposing Counsel re settlement of case and delineating terms of same; email to Opposing Counsel re settlement value. | 0.20 | $400.00 | $80.00 |

*Landaeta, et al., v. Abarjel, et al.*,
**Civil Action No.: 8:10-cv-03247**

| | Date | Employee ID | Narrative | Hours On Bill | Rate On Bill | Amount |
|---|---|---|---|---|---|---|
| 222 | 3/9/2011 | Nick Woodfield | Emails and Telephone Conference With Opposing Counsel re revisions and edits to settlement agreement and agreed on final version. | 0.30 | $400.00 | $120.00 |
| 223 | 3/9/2011 | Nick Woodfield | Revised and Edited draft settlement agreement. | 1.40 | $400.00 | $560.00 |
| 224 | 3/10/2011 | Nick Woodfield | Revised and Edited agreement and responded to email from Opposing Counsel re same. | 0.40 | $400.00 | $160.00 |
| 225 | 3/10/2011 | Nick Woodfield | Revised and Edited agreement and responded to email from Opposing Counsel re same. | 0.40 | $400.00 | $160.00 |
| 226 | 3/11/2011 | Nick Woodfield | Telephone conference w/ clients to discuss proposed settlement | 0.50 | $400.00 | $200.00 |
| 227 | 3/14/2011 | Nick Woodfield | Telephone conversation with client Landaeta re value | 0.50 | $400.00 | $200.00 |
| 228 | 3/15/2011 | Nick Woodfield | Nick Woodfield/Jeremy Schneider meeting to discuss materials needed for meeting w/ clients to discuss settlement and execute same | 0.20 | $400.00 | $80.00 |
| 229 | 3/17/2011 | Nick Woodfield | Met with opt-ins re settlement agreement, answered questions and secured client signatures. | 1.20 | $400.00 | $480.00 |
| 230 | 3/17/2011 | Nick Woodfield | Met with opt-ins re settlement agreement, answered questions and secured client signatures. | 1.20 | $400.00 | $480.00 |
| 231 | 3/17/2011 | Nick Woodfield | Return travel to office. | 0.50 | $400.00 | $200.00 |
| 232 | 3/17/2011 | Nick Woodfield | Return travel to office. | 0.50 | $400.00 | $200.00 |
| 233 | 3/17/2011 | Nick Woodfield | Travel to College Park to meet clients. | 0.50 | $400.00 | $200.00 |
| 234 | 3/17/2011 | Nick Woodfield | Travel to College Park to meet clients. | 0.50 | $400.00 | $200.00 |
| 235 | 3/18/2011 | Nick Woodfield | Email to Opposing counsel re signed settlement agreement and motion for referral to magistrate and proposed order. | 0.10 | $400.00 | $40.00 |
| 236 | 3/18/2011 | Nick Woodfield | Email to Opposing counsel re signed settlement agreement and motion for referral to magistrate and proposed order. | 0.10 | $400.00 | $40.00 |
| 237 | 3/18/2011 | Nick Woodfield | Revise and edit motion for referral to magistrate and proposed order. | 0.20 | $400.00 | $80.00 |
| 238 | 3/21/2011 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status status of settlement discussions and fee prtition | 0.20 | $400.00 | $80.00 |
| 239 | 3/30/2011 | Nick Woodfield | Telephone conference with Anna Ceron re status of settlement and effects of settlement on future employment. | 0.20 | $400.00 | $80.00 |
| 240 | 4/6/2011 | Nick Woodfield | Scott Oswald/Nick Woodfield/Jeremy Schneider meeting - to discuss status of fee petition | 0.20 | $400.00 | $80.00 |
| | | | | 165.10 | | $32,558.00 |