*Landaeta, et al. v. Abarjel, et al.*,
Civil Action No.: 8:10-cv-03247

| Date | Narrative | Amount |
|---|---|---|
| 8/17/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #4927 - Databases: Credit search (LanDaeta, Xiomara) | $16.00 |
| 8/23/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #4927 - Databases: Title searches on property owned by Da Vinci Flowers owner (LanDaeta, Xiomara) | $200.00 |
| 8/25/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #4927 - Databases: IRB Search (LanDaeta, Xiomara) | $114.00 |
| 8/25/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #4927 - Databases: Tracers Info (LanDaeta, Xiomara) | $5.00 |
| 8/31/2010 | Vendor: West Payment Center - Invoice #821250451, Online Legal Research for August 2010 (LANDAETA, XIOMARA) | $54.34 |
| 9/2/2010 | Global Crossing Conferencing; Invoice # 9032839805; Telephone/Internet - Conference Call Service; 2 Lines; 18 total minutes on 8/12/10 | $0.62 |
| 9/2/2010 | Global Crossing Conferencing; Invoice # 9032839805; Telephone/Internet: Conference calls 2 lines 147 minutes 08/20/10 | $5.76 |
| 9/15/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5078 - Databases: Case management system setup (LanDaeta, Xiomara) | $9.95 |
| 9/30/2010 | Vendor: West Payment Center - Invoice #821435251, Online Legal Research for September 2010 (LANDAETA, XIOMARA) | $37.69 |
| 11/11/2010 | Clerk, U.S. District Court of Maryland; Invoice # Filing Fee/Landaeta; Court/Filing Fees: On the case of Xiomara Landaeta filing fee for complaint 11/11/10 | $350.00 |
| 11/22/2010 | Worldwide Express; Invoice # 286543; Delivery/Courier/Shipping: Print return label, TELG, 888 17th Street, NW, Suite 900 Washington, DC 11/11/10 | $0.50 |
| 11/22/2010 | Nicholas Woodfield; Invoice # Exp Reimb 11/22/10; Meals: Food and drinks during clients meeting 11/09/10 | $69.62 |
| 11/30/2010 | Worldwide Express; Invoice # 300291; Delivery/Courier/Shipping: The Employment Law Group, 888 17th Street, NW, Suite 900, Washington, DC 11/18/10 | $13.84 |
| 12/4/2010 | Worldwide Express; Invoice # 314031; Delivery/Courier/Shipping: TELG, 888 17th Street, NW Suite 900, Washington, DC 11/18/10 | $3.18 |
| 12/22/2010 | Worldwide Express; Invoice # 340793; Delivery/Courier/Shipping: U.S. District Court, 6500 Cherrywood Lane, Clerk of Court, Greenbelt, MD 11/16/10 | $13.83 |
| 12/30/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5277 - Auto:Mileage-Federal: Office (927 S. Walter Reed Drive, Arlington, VA 22204) - Defendant Sharon Aberjel (531 Dale Drive, Silver Spring, MD 20910) (LanDaeta, Xiomara) | $7.70 |
| 12/30/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5277 - Auto:Mileage-Federal: Defendant Sharon Aberjel (531 Dale Drive, Silver Spring, MD 20910) - (8839 Brookville Road, Silver Spring, MD 20910) (LanDaeta, Xiomara) | $1.65 |
| 12/30/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5277 - Auto:Mileage-Federal: Defendant Sharon Aberjel (8839 Brookville Road, Silver Spring, MD 20910) - (19822 Apple Ridge Drive, Gaithersburg, MD 20866) (LanDaeta, Xiomara) | $10.45 |
| 12/30/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5277 - Auto:Mileage-Federal: Unrelated case (2400 Block of Lawndale Court, Gambrills, MD 21054) - Defendant Sharon Aberjel (8839 Brookville Road, Silver Spring, MD 20910) (LanDaeta, Xiomara) | $20.90 |
| 12/30/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5277 - Auto:Mileage-Federal: Defendant Sharon Aberjel (8839 Brookville Road, Silver Spring, MD 20910)- Office (927 S. Walter Reed Drive, Arlington, VA 22204) (LanDaeta, Xiomara) | $8.80 |
| 12/30/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5277 - Auto:Mileage-Federal: Unrelated case (0 block of Professional Drive, Gaithersburg, MD 20879) -  Defendant Sharon Abarjel (19822 Apple Ridge Drive, Gaithersburg, MD 20866) (LanDaeta, Xiomara) | $1.65 |
| 12/30/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5277 - Auto:Mileage-Federal: Defendant Sharon Abarjel (19822 Apple Ridge Drive, Gaithersburg, MD 20866) - (8839 Brookville Road, Silver Spring, MD 20910) (LanDaeta, Xiomara) | $10.45 |
| 12/30/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5277 - Auto:Mileage-Federal: Defendant Sharon Abarjel (8839 Brookville Road, Silver Spring, MD 20910)- Home (700 block of S. Pitt St., Alexandria, VA 22314) (LanDaeta, Xiomara) | $19.80 |

*Landaeta, et al. v. Abarjel, et al.*,
Civil Action No.: 8:10-cv-03247

| Date | Narrative | Amount |
|---|---|---|
| 12/30/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5277 - Auto:Mileage-Federal: Unrelated case address (100 Block Patrick Street, Frederick, MD 21701)- The Employment Law Group  (888 17th St., NW, Washington, DC 20006) (LanDaeta, Xiomara) | $12.93 |
| 12/30/2010 | Vendor: Dinolt Becnel & Wells Investigative Group; Private Investigator; Invoice #5277 - Auto:Mileage-Federal: The Employment Law Group  (888 17th St., NW, Washington, DC 20006) - Office (927 S. Walter Reed Drive, Arlington, VA 22204) (LanDaeta, Xiomara) | $2.75 |

$991.41