IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **XIOMARA LANDAETA,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action No. WGC-10-3247** |
| ) | |
| **DA VINCI'S FLORIST, LLC,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, IT IS this 21st day of October, 2011 by the United States District Court for the District of Maryland, **ORDERED**:

1. That Plaintiffs' Petition for Award of Attorneys' Fees and Costs (Document No. 18) BE, and the same hereby IS, **GRANTED IN PART & DENIED IN PART**;

2. That the Court hereby AWARDS Plaintiffs **$19,470.00** as attorneys' fees and **$450.00** as costs, for a total award of **$19,920.00**; and

3. That the Clerk **CLOSE** this case.

/s/

_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE